IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO.: 14-03578-TOM |
| | ) |
| ARNIE CECIL WATTS, | ) |
| | ) |
| DEBTOR. | ) |

## OBJECTION TO CLAIM # 12 OF CERASTES, LLC

**COMES NOW** your Debtor, Arnie Cecil Watts Jr, by and through undersigned counsel, and files this Objection to Claim # 12 of Cerastes, LLC and would submit as follows:

1. That on August 19, 2014, this Honorable Court granted the Debtor's Motion to Sever bankruptcy case #12-01622-TOM.

2. In bankruptcy case #12-01622-TOM, Cerastes, LLC received distributions from the Chapter 13 trustee's office totaling $714.88.

3. Debtor requests that claim #12 in the current case be reduced by the amount paid to claim #12 in the bankruptcy case #12-01622-TOM.

4. Attached hereto is a copy of Exhibit "A" is an Interim Statement from the Chapter 13 Trustee's office regarding case #12-01622-TOM and the Interim Statement in the current case as Exhibit "B."

**WHEREFORE PREMISES CONSIDERED,** your Debtor respectfully request this Honorable Court reduce the balance of Claim #12 by $714.88.

Respectfully submitted,

/s/ S. Scott Allums
S. Scott Allums
Attorney for Debtors
506 North 18th Street
Bessemer, AL  35020
Ph:  (205) 426-7080
Fax: (888) 341-6040
scott@allumslaw.com

# CERTIFICATE OF SERVICE

   I hereby certify that a true and accurate copy of the foregoing *Objection to Claim # 12* has been served upon all parties listed below by placing a copy of same in the United States mail, properly addressed and first-class postage prepaid OR via the Court's electronic mailing service (CM/ECF) on this the 10th day of November, 2014.

D. Sims Crawford (ctmail@ch13bham.com, via CM/ECF Noticing Service)
Chapter 13 Standing Trustee (scrawford13@ecf.epiqsystems.com, via CM/ECF Noticing Service)
P. O. Box 10848
Birmingham, AL  35202

Arnie Cecil Watts
2372 Jim Raney Lane
Bessemer, AL  35023

Cerastes, LLC
C/O Weinstein and Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121

            /s/ S. Scott Allums
            Of Counsel